| AO-10 (WP) Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111) |
|---|---|---|
| | Nomination Report | |

| 1. Person Reporting (Last name, first, middle initial) O'Malley, Kathleen M | 2. Court or Organization Federal Circuit | 3. Date of Report 3/9/2010 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* Circuit Judge - Nominee | 5. Report Type (check appropriate type) _x_ Nomination, Date ____3/10/10____ ___ Initial ___ Annual ___ Final | 6. Reporting Period Jan 1, 2009 - Feb. 25, 2010 |
|---|---|---|

| 7. Chambers or Office Address 801 W. Superior Avenue, Rm 16A Cleveland, OH 44113 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ |
|---|---|

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Chair | Judges' Committee, Federal Circuit Bar Association |
| 2 Member | U.S. Judicial Conference Committee on Space & Facilities |
| 3 Member | Sixth Circuit Judicial Conference Space & Facilities Committee |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

# III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 2009 | Covington & Burling | |
| 2 | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements.) | |
| Exempt | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| NONE (No such reportable gifts.) | | |
| Exempt | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| x | NONE (No reportable liabilities.) | | |
| | | | |
| | | | |
| | | | |
| | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=25,000,001-50,000,000 | | P4=50,000,001 or more |

# VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code3<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| NONE   (No reportable income, | | | | | | | | | |
| 1 CITIBANK | D | Int. | O | T | | | | | |
| 2 CASTLE HARLAN AFFILIATES IV-A, LLP LLP ll | A | Int. & Div. | K | W | | | | | |
| 3 MID-ATLANTIC FUND OF FUNDS II LP | A | Div. & Int. | K | W | | | | | |
| 4 THE DINER CLUB I, LLC | A | Int. | K | W | | | | | |
| 5 BROKERAGE ACCOUNT 1 | | | | | | | | | |
| 6 US GOV'T MONEY MARKET FUND | A | Int. | J | T | | | | | |
| 7 BROKERAGE ACCOUNT 2 | | | | | | | | | |
| 8 US GOV'T MONEY MARKET FUNDRBC RESERVE CLASS | A | Int. | J | T | | | | | |
| 9 VANGUARD TAX EXEMPT MM | A | Int. | K | T | | | | | |
| 10 STRIPS - TINT 5/15/10 | A | Int. | J | T | | | | | |
| 11 STRIPS - TIND 8/15/10 | A | Int. | J | T | | | | | |
| 12 BROKERAGE ACCOUNT 3 | | | | | | | | | |
| 13 VANGUARD PRIME MM | A | Int. | J | T | | | | | |
| 14 STRIPS - TINT 8/15/10 | A | Int. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000     E=$15,001-$50,000 |
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000<br>P4=More than $50,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 15 **IRA #1** | | | | | | | | | |
| 16 US GOV'T MONEY MARKET FUND | B | Int. | M | T | | | | | |
| 17 **CHARLES SCHWAB 401(K) # 1** | | | | | | | | | |
| 18 VANGUARD INSTITUTIONAL INDEX | D | Div. | M | T | | | | | |
| 19 RANIER SMALL/MID CAP EQUITY | B | Div. | K | T | | | | | |
| 20 SCHWAB MNG RET TRUST 2010 CL II | D | Div. | M | T | | | | | |
| 21 SCHWAB MNG RET TRUST 2020 CL II | B | Div. | K | T | | | | | |
| 22 SCHWAB MNG RET TRUST 2030 CL II | B | Div. | K | T | | | | | |
| 23 VANGUARD WELLINGTON ADM | C | Div. | L | T | | | | | |
| 24 COVINGTON PENSION PLAN CASH BALANCE ACCOUNT | E | Int. | O | T | | | | | |
| 25 COVINGTON & BURLING LLP | D | Int. | N | W | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | O'Malley, Kathleen | 3/9/2010 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

I. Positions

4. Chair      U.S. District Court, Northern District of Ohio, Space & Facilities Committee

5. Member   National Academies, Committee on the Development of the Third Edition of the Reference Manual on Scientific Evidence

6. Member   Advisory Board, University of Maryland, Intellectual Property Advisory Board

7. Member   Dean's Advisory Committee, Case Law School

8. Member   Master Bencher, John M. Manos Inn of Court (formerly Anthony J. Celebrezze Inn of Court)

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Kathleen M. O'Malley_    Date _3/9/10_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT
## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 151 | 948 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | 1 | 302 | 444 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | 128 | 319 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | 1 | 730 | 443 |
| Real estate owned-add schedule | 2 | 849 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 198 | 000 | Loan from Thrift Savings Plan | | 1 | 797 |
| Cash value-life insurance | | | | Estimated Income Taxes on the | | | |
| Other assets itemize: | | | | Differences between the estimated | | | |
| Covington & Burling Capital Account | 1 | 390 | 288 | Current values of assets and their tax bases | | 676 | 694 |
| Covington & Burling Cash Balance Plan | | 761 | 174 | Total liabilities | 2 | 408 | 934 |
| Thrift Savings Plan | | 107 | 528 | Net Worth | 4 | 479 | 767 |
| Investments in Limited Partnership | | 128 | 319 | Total liabilities and net worth | 6 | 888 | 701 |
| Total Assets | 6 | 888 | 701 | | | | |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |